HEATHER E. WILLIAMS, SBN 122664
Federal Defender
NOA OREN, SBN 297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Noa_oren@fd.org

Attorneys for Defendant
OMAR CASTRO-ALEJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:20-CR-00169-WBS |
|---|---|
| Plaintiff, | ) **WAIVER OF APPEARANCE FOR CHANGE OF PLEA HEARING** |
| vs. | ) |
| OMAR CASTRO-ALEJO, | ) Date:   September 20, 2021<br>) Time:   9:00 a.m.<br>) Judge: Hon. William B. Shubb |
| Defendant. | ) |

Under CARES Act § 15002(b), Mr. Omar Castro-Alejo, through his counsel of record, consents to proceed with his change of plea hearing via video-conference.  Counsel has advised Mr. Castro-Alejo of his right to appear in person for this hearing, as well as of his ability to waive his personal appearance and appear via video-teleconference.  Mr. Castro-Alejo waives his right to personally appear at his change of plea hearing on September 20, 2021.

Pursuant to Gen. Order 616, counsel for Mr. Castro-Alejo signs this waiver on his behalf.

Dated: September 10, 2021          */s/ Omar Castro-Alejo*
                                   OMAR CASTRO-ALEJO

I agree and consent to my Client's waiver of appearance.

Dated:  September 10, 2021          *s/ Noa Oren*
                                    NOA OREN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    OMAR CASTRO ALEJO

1   IT IS SO ORDERED.

2   Dated: September 17, 2021

3   _____
    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE